UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEITH COCKRELL,

    Plaintiff,

v.                                     Civil Action No. 1:10-cv-270

CITY OF CINCINNATI, *et al.*,         Judge Timothy S. Black

    Defendants.

## CONDITIONAL ORDER OF DISMISSAL

This matter having settled in the presence of the Court;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 6/12/12                                  *Timothy S. Black*
                                                            Timothy S. Black
                                                            United States District Judge